# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STEVEN PARMLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0397

———————————————

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Joel Shue Elsea of Elsea Law Firm, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.